**FILED**
JUN 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.

ERIC ANTHONY GRIMES,
   Plaintiff(s),

Vs.

CITY OF TOLEDO,
   Defendant(s).

) Case No.: **3:22 CV 1150**
) Judge: **JUDGE JAMES G. CARR**
) **MAG JUDGE CLAY**
) PLAINTIFF'S ORIGINAL
) COMPLAINT & ORDER
)
) DEMAND FOR JURY TRIAL.

## PARTIES.

- **Plaintiff(s).** Citizen of the United States, Aka "Consumer".
  Eric Anthony Grimes. 8321 Hill Ave. Holland, Ohio 43528.
- **Defendant(s).** Unknown Officers of the City of Toledo Courts. Aka "City of Toledo".
  City of Toledo. One Government Center. 640 Jackson Street. Toledo, Ohio.

## JURISDICTION.

1. Jurisdiction is proper for Violations of the United States Constitution / 42 USC 1983 CLAIMS.
2. Venue is proper for antitrust violations involving consumer protection laws (PL 111-203).

## CAUSE OF ACTION.

3. The City of Toledo willfully violated protection laws (15 USC 1601-1681a) to subject the Consumer to prohibited restraints and monopolies (15 USC 1-1692) (26 Stat 209) see Exhibit A.

## CAUSE OF ACTION II.

4. The City of Toledo has violated the City of Toledo Constitution by denying due-process to the Consumer for redress (UCC 9-210 & 625) by withholding interests (PL 95-109).

## CAUSE OF ACTION III.

5. The City of Toledo has strict liability to write-off and close-out associated Consumer transactions (15 USC 1605) and obligations (18 USC 8) to the order of the Department of the Treasury (P.L 97-258) (P.L. 91-508) on information returns (1099), willfully violating the Consumers the right to privacy.

## ORDER FOR RELIEF.

6. WHEREFORE, We the People order this court to return all interests to the Consumer and Pay to the Order of: ERIC ANTHONY GRIMES "Without Recourse" the sum of Five Million Dollars.

## DECLARATION.

7. I, ERIC ANTHONY GRIMES, declare under penalty of perjury, the above content is true and correct.

JUNE 27, 2022
Dated

BY: ERIC ANTHONY GRIMES / Without Recourse / UCC 1-308.